

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00149-CR

**ALONZO DEE FREEMAN,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

———————————

**From the 413th District Court**
**Johnson County, Texas**
**Trial Court No. F40226**

---

## MEMORANDUM OPINION

---

Alonzo Dee Freeman seeks to appeal the trial court's "failure to grant Petitioner's Post-Conviction Motion of Discovery; under Art. 11.07, § 3 (V.A.T.C.C.P.)." The Clerk of this Court notified the parties that the appeal appears subject to dismissal because: (1) this Court does not have appellate jurisdiction in criminal law matters unless expressly provided by law; and (2) no constitutional or statutory provision appears to authorize such an appeal. *See Kelly v. State*, 151 S.W.3d 683, 686-87 (Tex. App.—Waco 2004, no pet.); *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. ref'd).

The Clerk's notice informed the parties that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within ten days. *See* TEX. R. APP. P. 44.3. No response has been received. Accordingly, the appeal is dismissed.

FELIPE REYNA
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Appeal dismissed
Opinion delivered and filed June 2, 2010
Do not publish
[CR25]